NEIGER LLP
317 Madison Avenue
21st Floor
New York, NY 10017
Tel.: (212) 267-7342
Fax.: (212) 918-34277
Edward E. Neiger, Esq.

*Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| PETER MATT & CO., INC., | Case No. 09-23634 (RDD) |
| Debtor. | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the Debtor's Motion to Dismiss Case has been **ADJOURNED until August 30, 2010 at 10:00 a.m**. (prevailing Eastern Time).

Dated: New York, New York
August 16, 2010

        Respectfully submitted,

        By: /s/ Edward Neiger
        **Neiger LLP**
        Edward E. Neiger, Esq.
        317 Madison Avenue, 21st Floor
        New York, New York 10017
        Tel.: (212) 267-7342
        Fax: (212) 918.3427